BENJAMIN B. WAGNER
United States Attorney
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>PHILIP R. VALENCIA,<br><br>               Defendant. | CASE NO.: 1:13-MJ-00196-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>From:   Thursday, January 9, 2014<br>To:<br>DATE:   Thursday, January 23, 2014<br>TIME:   10:00 am |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Elliott C. Montgomery, Counsel for Plaintiff, and Allen Broslovsky, Counsel for Defendant Philip R. Valencia, that the status conference scheduled for Thursday, January 9, 2014, **may be continued to Thursday, January 23, 2013, at 10:00 a.m. before Judge Stanley A. Boone.**

The parties base this stipulation on good cause. The government has provided the defendant with supplemental discovery, and additional time is needed for review of that discovery and further defense investigation and preparation.

//

```
                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: November 15, 2013    By:    /s/ Elliott C. Montgomery
                                ELLIOTT C. MONTGOMERY
                                Special Assistant U.S. Attorney


Dated: November 15, 2013    By:    /s/ Allen Broslovsky
                                ALLEN BROSLOVSKY
                                Attorney For Defendant
```

ORDER

**IT IS SO ORDERED.** The status conference set for Thursday, January 9, 2014 at 10:00 a.m. is continued to Thursday, January 23, 2013 at 10:00 a.m. before Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **November 20, 2013**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE