# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>  v.<br><br>PHILLIP R. VALENCIA,<br><br>               Defendant.<br>_____/ | CASE NO. 1:13-mj-00196-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On November 15, 2013, the Court issued an Order to Show Cause requiring defense counsel, Phillip Broslovsky, Esq., to file a response within seven (7) days and show cause why sanctions should not be issued against him for his failure to appear at the November 14, 2013, First Status Conference. (Doc. 8.)

On November 21, 2013, counsel for Defendant filed a response to the Court's Order to Show Cause. (Doc. 10.) Counsel indicates that he had been in contact with the Special Assistant United States Attorney prosecuting the matter for the United States, and that they had discussed continuing the status conference because of ongoing discovery issues. (Doc. 10, ¶ 2.) As such, counsel for Defendant believed that his appearance was not necessary at the status conference because the matter would be continued and the Special Assistant United States Attorney could "stand in" for defense counsel. (Doc. 10, ¶¶ 2-5.) Mr. Broslovsky apologized to the Court for his

failure to attend the hearing, and indicated that "[i]n the future [he] shall appear for hearing in this matter." (Doc. 10, ¶ 5.)

Defense counsel's failure to appear seems to have been caused by confusion and misunderstanding between counsel, and defense counsel states he will appear at future hearings. Accordingly, IT IS HEREBY ORDERED that the Court's November 15, 2013, Order to Show Cause is DISCHARGED.


IT IS SO ORDERED.

Dated: **November 26, 2013**        /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE