```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELLIOTT C. MONTGOMERY
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-196 SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL OF INFORMATION |
| PHILIP R. VALENCIA, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elliott C. Montgomery, Special Assistant United States Attorney, hereby moves to dismiss the Information No. 1:13-mj-196 SKO against Philip R. Valencia, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 29, 2013          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ Elliott C. Montgomery
                                  ELLIOTT C. MONTGOMERY
                                  Special Assistant U.S. Attorney

# O R D E R

IT IS HEREBY ORDERED that the Information No. 1:13-MJ-196 SKO, set for hearing January 23, 2014, against Philip R. Valencia, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __December 4, 2013__          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE